## VARNER *v.* VARNER, in Error.

SUITS for divorces must, under the statute, be instituted in the Courts of common law, and not in the Courts of chancery (1).

*Tuesday, December 18,*

(1) Rev. Code, 1831, p. 214. The 8th section of the statute, upon which this decision was founded, is now repealed; and the jurisdiction of suits for divorces is expressly given to the Courts of chancery. Stat. 1833, p. 32.